# EXHIBIT D

# ACORD™ GENERAL LIABILITY NOTICE OF OCCURRENCE/CLAIM

**DATE:** 04/15/20

| PRODUCER | PHONE (A/C, No, Ext): 770 476-1770 |
|---|---|
| J Smith Lanier & Co Atlanta | |
| 11330 Lakefield Drive | |
| Suite 100 | |
| Johns Creek, GA 30097-1508 | |

| NOTICE OF OCCURRENCE / NOTICE OF CLAIM | DATE OF OCCURRENCE AND TIME: 07/01/14 | AM / PM | DATE OF CLAIM | PREVIOUSLY REPORTED: YES / X NO |
|---|---|---|---|---|
| EFFECTIVE DATE: 07/01/14 | EXPIRATION DATE: 07/01/15 | POLICY TYPE: X OCCURRENCE / CLAIMS MADE | | RETROACTIVE DATE |
| COMPANY: Westfield Insurance Comp | NAIC CODE: 24112 | | MISCELLANEOUS INFO (Site & location code) | |

| CODE: | SUB CODE: | POLICY NUMBER: CMM1589263 | REFERENCE NUMBER: TBD / Bio |
|---|---|---|---|
| AGENCY CUSTOMER ID: 165578 | | | |

## INSURED

| NAME AND ADDRESS | SOC SEC # OR FEIN: |
|---|---|
| Pepsi MidAmerica | |
| PO Box 1070 | |
| 2605 West Main Street | |
| Marion, IL 62959 | |

| RESIDENCE PHONE (A/C, No): 618 998-3238 | BUSINESS PHONE (A/C, No, Ext) |
|---|---|

## CONTACT   X CONTACT INSURED

| NAME AND ADDRESS: Kevin Davis  KDavis@pepsimidamerica.com | WHERE TO CONTACT |
|---|---|
| | WHEN TO CONTACT: 9-5 |

| RESIDENCE PHONE (A/C, No) | BUSINESS PHONE (A/C, No, Ext): 618 998-3211 |
|---|---|

## OCCURRENCE

**LOCATION OF OCCURRENCE** (Include city & state): 2605 West Main Street, Marion, IL 62959

**AUTHORITY CONTACTED:**

**DESCRIPTION OF OCCURRENCE** (Use separate sheet, if necessary): Hall, Charles (Claimant): Class action suit regarding Biometric Data.

## POLICY INFORMATION

**COVERAGE PART OR FORMS** (Insert form #s and edition dates): Coverage: Employee Benefits Liability
Limit 1: 1,000,000  Ded 1: 1,000  Limit 2: 2,000,000

| GENERAL AGGREGATE | PROD/COMP OP AGG | PERS & ADV INJ | EACH OCCURRENCE | FIRE DAMAGE | MEDICAL EXPENSE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|
| 2,000,000 | 2,000,000 | 1,000,000 | 1,000,000 | 500,000 | 5,000 | 1,000 | X PD / X BI |

| UMBRELLA/EXCESS | UMBRELLA | EXCESS | CARRIER: | LIMITS: | AGGR | PER CLAIM/OCC | SIR/DED |
|---|---|---|---|---|---|---|---|

## TYPE OF LIABILITY

| PREMISES: INSURED IS | OWNER | TENANT | OTHER: | TYPE OF PREMISES |
|---|---|---|---|---|

**OWNER'S NAME & ADDRESS** (If not insured):

**OWNERS PHONE (A/C, No, Ext):**

| PRODUCTS: INSURED IS | MANUFACTURER | VENDOR | OTHER: | TYPE OF PRODUCT |
|---|---|---|---|---|

**MANUFACTURER'S NAME & ADDRESS** (If not insured):

**MANUFACT PHONE (A/C, No, Ext):**

**WHERE CAN PRODUCT BE SEEN?**

**OTHER LIABILITY INCLUDING COMPLETED OPERATIONS (Explain):**

## INJURED/PROPERTY DAMAGED

| NAME & ADDRESS (Injured/Owner): Charles Hall | | | PHONE (A/C, No, Ext) |
|---|---|---|---|
| AGE | SEX | OCCUPATION | EMPLOYER'S NAME & ADDRESS | PHONE (A/C, No, Ext) |

| DESCRIBE INJURY  ☐ FATALITY | WHERE TAKEN | WHAT WAS INJURED DOING? |
|---|---|---|

| DESCRIBE PROPERTY (Type, model, etc) | ESTIMATE AMOUNT | WHERE CAN PROPERTY BE SEEN? | | WHEN CAN PROPERTY BE SEEN? |
|---|---|---|---|---|

## WITNESSES

| NAME & ADDRESS | BUSINESS PHONE (A/C, No, Ext) | RESIDENCE PHONE (A/C, No) |
|---|---|---|
| | | |
| | | |

**REMARKS:**

| REPORTED BY: Kevin | REPORTED TO: Justin Scott | SIGNATURE OF INSURED | SIGNATURE OF PRODUCER |
|---|---|---|---|

ACORD 3 (2001/02) 1 of 2 #228457  NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE   JXSC © ACORD CORPORATION 1986

### Applicable in Arizona
For your protection, Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

### Applicable in Arkansas, District of Columbia, Kentucky, Louisiana, Maine, Michigan, New Jersey, New Mexico, New York, Pennsylvania and Virginia

Any person who knowingly and with intent to defraud any insurance company or another person, files a statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact, material thereto, commits a fraudulent insurance act, which is a crime, subject to criminal prosecution and [NY: substantial] civil penalties. In D.C., ME, LA, and VA, insurance benefits may also be denied.

### Applicable in California
Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

### Applicable in Colorado
It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policy holder or claimant for the purpose of defrauding or attempting to defraud the policy holder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

### Applicable in Florida and Idaho
Any person who Knowingly and with the intent to injure, Defraud, or Deceive any Insurance Company Files a Statement of Claim Containing any False, Incomplete or Misleading information is Guilty of a Felony.*
  * In Florida - Third Degree Felony

### Applicable in Hawaii
For your protection, Hawaii law requires you to be informed that presenting a fraudulent claim for payment of a loss or benefit is a crime punishable by fines or imprisonment, or both.

### Applicable in Indiana
A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

### Applicable in Minnesota
A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

### Applicable in Nevada
Pursuant to NRS 686A.291, any person who knowingly and willfully files a statement of claim that contains any false, incomplete or misleading information concerning a material fact is guilty of a felony.

### Applicable in New Hampshire
Any person who, with purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

### Applicable in Ohio
Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

### Applicable in Oklahoma
WARNING: Any person who knowingly and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.