Case 3:20-cv-00388-GCS   Document 16   Filed 09/28/20   Page 1 of 1   Page ID #708

60.4079

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PEPSI MIDAMERICA CO., and ) <br> CHARLES HALL, on behalf of himself and other ) <br> similarly situated individuals ) <br> ) <br> Defendants. ) | 3:20-cv-00388 |

## NOTICE OF DISMISSAL

Now comes the Plaintiff, Westfield Insurance Company ("Westfield"), by and through its attorney, Peter G. Syregelas of Lindsay, Pickett & Postel, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) hereby gives this Honorable Court its Notice of Dismissal, with prejudice, as this action has been rendered moot by settlement.

Respectfully submitted,

LINDSAY, PICKETT & POSTEL, LLC


By:  */s/ Peter G. Syregelas*
One of the Attorneys for Plaintiff,
Westfield Insurance Company

Peter G. Syregelas
Direct Phone: 312-970-5661
psyregelas@lpplawfirm.com
LINDSAY, PICKETT & POSTEL, LLC
10 S. LaSalle St., Suite 1301
Chicago, Illinois 60603
Fax: (312) 629-1404