IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY, | ) | |
| | ) | |
| *Plaintiff,* | ) | CASE NO. 20-CV-388-GCS |
| vs. | ) | |
| | ) | |
| PEPSI MIDAMERICA CO., ET AL, | ) | |
| | ) | |
| *Defendants.* | ) | |

## JUDGMENT IN A CIVIL CASE

IT IS HEREBBY ORDERED AND ADJUDGED that pursuant to the Order entered by this Court on September 28, 2020 (Doc. 17), this case is **DISMISSED with prejudice and without costs.**

DATED: September 30, 2020

MARGARET M. ROBERTIE
CLERK OF COURT

By: *s/ Dana M. Winkeler*
    Deputy Clerk

APPROVED:

*s/ Gilbert C. Sison*
HON. GILBERT C. SISON
UNITED STATES MAGISTRATE JUDGE